SOUTHERN KRAFT CORPORATION, Respondent, v. STANDARD CAPITAL CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

NATMORIS REALTY CORP., Appellant, v. 140TH STREET & WALTON AVENUE REALTY CORPORATION and Others, Respondents, Impleaded with Others, Defendants.— Judgment unanimously modified by striking therefrom the provision that the lis pendens be canceled and discharged of record (Civ. Prac. Act, § 123), and, as so modified, the judgment in all other respects is affirmed, with costs to the respondents. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

STANLEY DUANE, Appellant, v. FRANK L. POLK and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Cohn and Callahan, JJ.

FLOYD DEL. BROWN, Respondent, v. THE CHAMINADE VELOURS, INC., and Others, Appellants. CHARLES J. AMM, Appellant, v. UNITED STATES FIDELITY & GUARANTY COMPANY and FLOYD DEL. BROWN (Impleaded), Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of ROERB REALTY, INC., a Domestic Corporation, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, against WILLIAM WILSON, as Commissioner of Housing and Buildings in the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH C. MITCHELL, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [178 Misc. 212.]

AMERICAN PISTACHIO CORPORATION, Respondent, v. UNIVERSAL INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

OSCAR F. JOHNSON and Others, Respondents, v. GENE BUCK, as President of American Society of Composers, Authors and Publishers, an Unincorporated Association of More than Seven Persons, Appellant.— Order unanimously reversed with twenty dollars costs and disbursements, and motion granted, with leave to the defendant to answer within ten days after service of order, with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

C. H. LEACH COMPANY, Respondent, v. AMERICAN LOCOMOTIVE COMPANY and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

COLTER REALTY, INC., Respondent, v. SOPHIE FESSLER, Also Known as SOPHIA FASSLER and Others, Defendants, Impleaded with MORRIS COHEN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.